In the Matter of the Application of JOSEPHINE NORRIS for Payment of Award for Damaged Parcels Nos. 11 and 12 on the Damage Map and in the Decree of the Court in the Proceeding to Acquire Title, etc.— Motion granted.   Settle order on notice.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM MAAS and Others v. FRANCIS SULLIVAN and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HERBERT SMALL, Suing, etc., v. FRANCIS DeC. SULLIVAN and Others.— Motion granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EDA CARTER NYREL v. HARRY SHWITZER and Another.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL H. COHEN v. GRANVILLE M. BREINIG.— This court will not assume to change a record duly certified to it upon appeal.   Under the motion for general relief the motion is granted so far as to direct that the record be removed from the files of this court and transmitted to the Trial Term for proper action on the motion to amend the case on appeal, said court under such circumstances having full power to act.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of ALLEN W. EVARTS and BANK OF NEW YORK AND TRUST COMPANY of Their Proceeding as Executors, etc., of EMILY F. SOUTHMAYD, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WALTER McKINLEY WOODWARD v. FIFTH AVENUE COACH COMPANY.— Motion granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRED S. JAMES & COMPANY v. THE ROSSIA INSURANCE COMPANY OF AMERICA. — Motion granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PREFERRED RADIO PRODUCTS CORPORATION v. EQUITABLE RADIO CORPORATION.— Motion granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

IRVING WOLPERT, an Infant, by MORRIS WOLPERT, His Guardian ad Litem, Respondent, v. PACKARD MOTOR CAR COMPANY OF NEW YORK, INC., Appellant. — Judgment and order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

MORRIS WOLPERT, Respondent, v. PACKARD MOTOR CAR COMPANY OF NEW YORK, INC., Appellant.— Judgment and order affirmed, with costs.   No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

CONRAD GASCHOTT, Respondent, v. THE LAND TITLE AND TRUST COMPANY, Appellant.— Judgment, so far as appealed from, and the order affirmed, with costs. No opinion.   Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

JESSIE L. LOUDERBACK, Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

MARY McGUIRE, as Administratrix, etc., of JOHN McGUIRE, Deceased, Respondent, v. SHULTS BREAD COMPANY, INC., Appellant.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.